UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO: 5:09-CV-00411-BR

| | | |
|---|---|---|
| CHRISTOPHER EUGENE BUCKNER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| UNITED PARCEL SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to correct e-filing error. For good cause shown, the motion is ALLOWED. Defendant may re-file the Hall Declaration in full.

This 14 March 2012.

_____
W. Earl Britt
Senior U.S. District Judge