UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| Christopher Eugene Buckner, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| United Parcel Service, Inc., | ) | No. 5:09-CV-411-BR |
| Defendant. | ) | |
| | ) | |

**Decision by Court.**

This action came before Senior United States District Judge W. Earl Britt for the consideration of the defendant's motion for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** that Defendant's motion for summary judgment (DE # 76) is GRANTED. Plaintiff's motion to amend the complaint (DE # 70) and plaintiff's motion for default judgment (DE # 71) are DENIED. The Clerk is directed to enter judgment in favor of UPS and close the case.

**This judgment filed and entered on May 7, 2012, and served on:**

Christopher Eugene Buckner (via US Mail at 2941 Millbrook Woods Drive, Apt 205, Raleigh, NC 27604)
Glenn G. Patton (via CM/ECF Notice of Electronic Filing)
Kimberly L. Fogarty (via CM/ECF Notice of Electronic Filing)
Susan B. Molony (via CM/ECF Notice of Electronic Filing)

May 7, 2012              /s/   Julie A. Richards     ,
                                 Clerk of Court