UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:09-CV-411-BR

| | |
|---|---|
| CHRISTOPHER EUGENE BUCKNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED PARCEL SERVICE, INC., ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion of plaintiff Christopher Eugene Buckner ("plaintiff") to stay judgment pending appeal. (DE # 91.) On 7 May 2012, the court granted summary judgment in favor of defendant United Parcel Service, Inc. (DE # 88.) On 26 November 2012, the Fourth Circuit Court of Appeals affirmed this court's judgment in all respects. (DE ## 96, 97.) As a result, plaintiff's motion to stay judgment pending appeal is DENIED AS MOOT.

This 27 November 2012.

_____
W. Earl Britt
Senior U.S. District Judge